ACCEPTED
04-15-00499-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 9:37:05 AM
KEITH HOTTLE
CLERK

## NO. 04-15-00499-CV

| | | |
|---|---|---|
| **ROBERT GOMEZ** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **v.** | § | **FOURTH JUDICIAL DISTRICT** |
| | § | |
| **PHILIP BERNAL, INDEPENDENT** | § | |
| **EXECUTOR OF THE ESTATE OF** | § | |
| **LOUIS A. BERNAL** | § | **SAN ANTONIO, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 9:37:05 AM
KEITH E. HOTTLE
Clerk

## APPEARANCE OF COUNSEL

TO THE HONORABLE JUSTICES OF SAID COURT:

NOW COME Beth Watkins and Shannon K. Dunn and hereby file their appearance of counsel for Appellee Philip Bernal, Independent Executor of the Estate of Louis A. Bernal, in the above entitled and numbered cause. This appearance of counsel does not supersede Cecil William Bain III as attorney of record for Philip Bernal, Independent Executor of the Estate of Louis A. Bernal for any continuing proceedings in the probate court.

Respectfully submitted,


         /s/ *Shannon K. Dunn*
Beth Watkins
State Bar No. 24037675
Shannon K. Dunn
State Bar No. 24074162
LAW OFFICE OF BETH WATKINS
926 Chulie Drive
San Antonio, Texas 78216
(210) 225-6666—phone
(210) 225-2300—fax
Beth.Watkins@WatkinsAppeals.com
Shannon.Dunn@WatkinsAppeals.com

COUNSEL FOR APPELLEE

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing document was forwarded in accordance with Texas Rule of Appellate Procedure 9.5 on December 3, 2015 to the following counsel of record for Appellant:

Mr. Reed Greene                           *via e-filing*
26254 IH-10 West, Suite 135
Boerne, Texas 78006
c.reed.greene@gmail.com

Mr. Jerry H. Kagan                        *via facsimile at* (210) 738-0088
1600 Culebra Avenue
San Antonio, Texas 78201


   /s/ *Shannon K. Dunn*
Shannon K. Dunn
COUNSEL FOR APPELLEE